**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 225 EAL 2014
: 
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
v. :
:
:
:
WILLIAM R. CASE, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.